Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | G.H. Reid Enterprises, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

7 4 – 3 1 8 6 9 8 9

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6300 Dixie Dr | |
| Number        Street | Number        Street |
| Houston, TX 77087-5006 | |
| City                State     ZIP Code | City                State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Harris | |
| County | Number        Street |
| | City                State     ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   G.H. Reid Enterprises, LLC
         Name

Case number *(if known)* _____

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☐ None of the above |

B. *Check all that apply:*

☐   Tax-exempt entity (as described in 26 U.S.C. §501)

☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐   Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐   Chapter 7

☐   Chapter 9

☑   Chapter 11. *Check all that apply:*

☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐   The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐   A plan is being filed with this petition.

☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐   Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____                    Relationship _____

District _____                    When _____
                                                  MM / DD / YYYY

Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **2**

Debtor     G.H. Reid Enterprises, LLC _____     Case number *(if known)* _____
              Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>     What is the hazard? _____<br><br>☐  It needs to be physically secured or protected from the weather.<br><br>☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐  Other _____<br><br>**Where is the property?** _____<br>                    Number        Street<br><br>_____<br><br>_____   _____  _____<br>City                                 State     ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>            Contact name  _____<br>            Phone        _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000          ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor      G.H. Reid Enterprises, LLC _____      Case number *(if known)* _____
                    Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --      Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/07/2023 _____
                       MM/  DD/  YYYY

**X**  /s/ Albert Ortiz _____                                      Albert Ortiz _____
Signature of authorized representative of debtor                    Printed name

Title _____ Member _____

**18. Signature of attorney**

**X** _____ /s/ Reese Baker _____   Date  11/07/2023 _____
Signature of attorney for debtor                                                          MM/  DD/  YYYY

Reese Baker _____
Printed name

Baker & Associates _____
Firm name

950 Echo Ln Ste 300 _____
Number       Street

Houston _____   TX _____   77024-2824 _____
City                                                          State          ZIP Code

_____   courtdocs@bakerassociates.net _____
Contact phone                                            Email address

01587700 _____   TX _____
Bar number                                                 State

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **G.H. Reid Enterprises, LLC**                         CASE NO

                                                             CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____11/07/2023_____      Signature _____/s/ Albert Ortiz_____

                                                      Albert Ortiz, Member

Albert Ortiz
6300 Dixie Dr
Houston, TX 77087-5006

Ana Josefa Salmones
Trustee of the F.E.F.Y. Trust
1600 E Highway 6 Ste 318
Alvin, TX 77511-2560

Anchor Commercial Builders
6300 Dixie Dr
Houston, TX 77087-5006

c/o Robert Clement
1600 E Highway 6 Ste 318
Alvin, TX 77511

City of Houston
Attn: Legal Department
P. O. Box 1560
Houston, TX 77251

Evan Gentry and Harold Gentry
c/o Derek Deyon
440 Louisiana St Ste 900
Houston, TX 77002-1062

G & G Towering Investments, Inc.
c/o Derek Deyon
440 Louisiana 900
Houston, TX 77002

Marcella Hagger
5718 Westheimer Rd Ste 1000
Houston, TX 77057-9903

Harris County
Po Box 4622
Houston, TX 77210-4622

Hobby Area Management
District
Po Box 73109
Houston, TX 77273-3109

Land, Labor & Capital, LLC
5718 Westheimer 1000
77057

Luis Garcia de Los Salmones
Robert Clements
1600 E Highway 6 Ste 318
Alvin, TX 77511-2560

Majestic Charters LLC
c/o Derek Deyon
440 Louisiana St Ste 900
Houston, TX 77002-1062

Maria de Los Salmones
Robert Clement
1600 E Highway 6 Ste 318
Alvin, TX 77511-2560

Michael Donovan
6300 Dixie Dr
Houston, TX 77087-5006

RJMG Fund, LLC
Po Box 75127
Tampa, FL 33675-0127

RJMG Fund, LLC
800 East Baker
Tampa, FL 33609

Sean M. Rooney
11767 Katy Fwy Ste 920
Houston, TX 77079-1782