## TO THE LOCAL RULES OF THE SOUTHERN DISTRICT OF TEXAS

## APRIL 11, 2024 WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| Main Case No:23-34381 | Name of Debtor: GH Reid Enterprises, LLC |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| Albert Ortiz | Judge: Jeff Norman |
| Larry Feingersh | Courtroom Deputy: |
| Michael Maine Sean Rooney Robert Goldstein | Hearing Date: May 13, 2024 |
| Michael J. Schroeder | Hearing Time: 9:30 am |
| Sandra Cepeda | Party's Name:  RJMG Fund, LLC |
| Michael Brier | Attorney's Name:  Edgar A. Goldberg |
| All rebuttal witnesses | Attorney's Phone:  713-629-5889 |
| All witnesses disclosed by any other party | Nature of Proceeding:  Emergency Motion to Lift Stay and Dismiss or Convert to a Chapter 7 |
| | |
| | |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Summary Sale and Purchase Agreement between Sandra Cepeda and Albert Ortiz | | | | |
| 2 | Summary Sale and Purchase Agreement between Albert Ortiz and GH Reid Enterprises, LLC | | | | |
| 3 | Email from Albert Ortiz to John Bolen 5/7 10:00 am | | | | |
| 4 | Email from Reese Baker to Albert Ortiz 5/7 10:06 am | | | | |
| 5 | October 19, 2023 Order for Relief from Stay dckt 49 Anchor Development | | | | |
| 6 | Jan 22 Order reiterating termination of | | | | |

|   | | | | | |
|---|---|---|---|---|---|
|   | Stay dckt 67 Anchor Development December foreclosure | | | | |
| 7 | January 31 Order allowing posting of 7502 Harrisburg property anchor Development dckt 75 March foreclosure | | | | |
| 8 | April 9, 2024 7502 Harrisburg LLC allowing posting of property dckt 19 May foreclosure | | | | |
| 9 | May 7, 2024 Order Confirming Foreclosure sale and Ordering Appearance for Contempt 7502 Harrisburg dckt 27 | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
|   | | | | | |
|   | | | | | |
|   | | | | | |
|   | | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.