### IN THE UNITED STATE BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Case No. 23-34381 | Debtor G.H. Reid Enterprises, LLC |
| | |
| | Court Room Staff |
| **Witnesses:** | Date May 13, 2024 At 9:30 am |
| Albert Ortiz | Party's Name   G.H. Reid Enterprises, LLC |
| Any witnesses called or designated by opposing counsel. | Attorney's Name Reese Baker |
| | Attorney's Phone 713-979-2251 |
| | Nature of Proceeding: RMJG Fund, LLC's Motion to Sua Sponte Lift the Stay and to Dismiss or Convert the case to a Chapter 7 |

### AMENDED EXHIBIT LIST

| No | Description | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1 | Email on transfer from Ortiz to GH Reid | | | | |
| 2 | Bank statement of Debtor | | | | |
| | Exhibits and witnesses listed or designated by any other party | | | | |
| | Rebuttal and impeachment exhibits | | | | |
| | | | | | |

NOTE: This Exhibit List is to prepare in advance of the date of trial by counsel to parties and furnished to the Court in duplicate and served on opposing counsel

Respectfully submitted,

*/s/ Reese Baker*
Reese Baker
Texas State Bar No. 01587700
950 Echo Lane, Suite 300
Houston, Texas 77024
Telephone: (713) 869-9200
Fax: (713) 869-9100

## **CERTIFICATE OF SERVICE**

I certify that on May 10, 2024, I caused a copy of the Witness and Exhibit List and exhibits to be delivered to the Electronic Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Reese W. Baker*

Reese W. Baker