UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                §
                                      §
    G.H. Reid Enterprises, LLC        §        Case No. 23-34381-H5-11
                                      §
    Debtor                            §
                                      §
                                      §

**RESPONSE OF G.H. REID ENTERPRISES, LLC TO MOTION OF RGMJ TO LIFT THE
STAY OR CONVERT THE CASE TO CHAPTER 7**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

G.H. Reid Enterprises, LLC ("Reid" or "Debtor"), hereby files this response to the Motion of

RJMG Fund, LLC ("RJMG") To Sua Sponte Lift the Automatic Say as to Debtor's Alleged Property and

to Dismiss or Convert to a Chapter 7 (the "RJMG Motion and respectfully represents as follows:

**GENERAL REPSPONSE**

1.  Debtor did not intend to take any wrongful actions.  As to the transfer of the interests of 7502

    Harrisburg to the Debtor, the transfer was never finalized.

2.  No deeds were ever executed to transfer title to any properties.

3.  Judge Lopez has set a hearing in his court to address the issues for 7502 Harrisburg.

4.  The issues of 7502 Harrisburg do not have an impact on the Debtor since the interests in 7502

    Harrisburg were never finalized.

5.  The Debtor requests that this court deny any relief to RJMG as to this case.  RJMG has not been

    impacted by the actions involving 7502 Harrisburg.

**SPECIFIC RESPONSES**

1.  Paragraph 1 is a statement that does not require a response.  To the extent that a response is

    required, the Debtor denies the statements in paragraph 1.

Response                                                                Page  1

2. Debtor denies the allegations in paragraph 2.

3. Debtor admits the allegations in paragraph 3.

4. Debtor denies the allegations in paragraph 4.

5. Debtor admits that 7502 Harrisburg filed a bankruptcy case.  Debtor denies the remaining allegations in paragraph 5.

6. Debtor admits the allegations in paragraph 6.

7. Debtor admits in paragraph 7 that the orders attached were entered. Debtor denies the remaining allegations in paragraph 7.

8. Debtor admits in paragraph 8 as to 2 creditors. Debtor denies the remaining allegations in paragraph 8.

9. Debtor admits the documents attached in paragraph 9.  Debtor has insufficient information to admit or deny the remaining allegations in paragraph 9 and denies such allegations.

10. Debtor denies the allegations in paragraph 10.

11. Debtor has insufficient information to admit or deny the allegations in paragraph 11 and denies such allegations.    The allegations involve another case.

12. Debtor denies the allegations in paragraph 12.

13. Debtor admits the statements in paragraph 13 but denies such statements are applicable to this case.

14. Debtor admits the allegations in paragraph 14.

15. Debtor admits in paragraph 15 that a court may take judicial notice of certain matters.

16. Debtor admits in paragraph 16 that a court may take judicial notice of certain matters.  Debtor denies that Ortiz admitted on April 11 that he intentionally violated a court order.

17. Debtor denies the allegations in paragraph 17.

18. Debtor denies emergency relief is necessary.

19. Debtor denies the allegations in the last paragraph.

Dated:  May 11, 2024

Respectfully submitted,

*/s/ Reese W. Baker*
Reese W. Baker
Tx Bar No. 01587700
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
(713) 869-9200
(713)869-9100 FAX
ATTORNEY FOR DEBTOR

## <u>CERTIFICATE OF SERVICE</u>

I certify that on or about May 11, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas including the United States Trustee.

*/s/ Reese W. Baker*
Reese W. Baker