United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 13, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 23-34381** |
| **G.H. REID ENTERPRISES, LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | **CHAPTER 11** |

### ORDER CONVERTING CASE TO CHAPTER 7

Hearing was held on the Motion to Lift Stay and to Dismiss or Convert on May 13, 2024.  For the reasons stated on the record this case is converted to a Chapter 7.

**SO ORDERED.**

SIGNED 05/13/2024

_____

Jeffrey Norman
United States Bankruptcy Judge