**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-34381** |
| **G.H. REID ENTERPRISES, LLC** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE JEFFREY P. NORMAN** |

**TRUSTEE'S OBJECTION BAKER & ASSOCIATES FINAL APPLICATION FOR APPROVAL**
**OF COMPENSATION**

**To the Honorable Jeffrey P. Norman,**
**United States Bankruptcy Judge**:

COMES NOW Eva S. Engelhart, Chapter 7 Trustee (the "Trustee") of the above-referenced bankruptcy case and would show as follows:

1.	On November 20, 2023, the Debtor filed an application to employ counsel for its Chapter 11 case, Baker & Associates ("Baker"). In that application, the Debtor admitted that $6,738 had been deposited with Baker prior to the filing of the case and that, of this amount, $1,738 had been applied to filing fees, pre-petition fees and expenses, leaving $5,000 in Baker's IOLTA account. The application further represents that the Debtor would deposit additional funds in Baker's IOLTA account during the pendency of the case. The application further represented that Mr. Albert Ortiz, the owner of the Debtor, guaranteed payment of fees and expenses of the Debtor. See Docket 10, paragraphs 8 through 10 (the "Employment Application").

2.	On August 27, 2024, counsel for the Debtor, Baker & Associates ("Baker") filed its final application for compensation for services rendered while this case was a Chapter 11 case. See Docket Number 177 (the "Baker Fee Application"). The Baker Fee Application contradicts the Employment Application in that it says that from the $6,738 deposited by the Debtor, $1,738 was applied to filing fees and $1,260 was applied to pre filing fees, which left $3,740.00. The Baker Fee Application further represents that Baker received an additional $5,500 in funds from Mr. Ortiz post-petition and pre-conversion. Whether the Baker is holding $10,500 or $9,240, all such funds are property of the Debtor

and became property of the estate upon conversion.   Moreover, whatever fees and expenses are awarded to Baker, they are Chapter 11 administrative expenses and are subordinate to Chapter 7 administrative expenses.   The Trustee has filed a separate motion for turnover related to the above but wishes to alert the Court to the relief sought in that motion as Baker seeks permission in its Fee Application to apply the funds it is holding to the fees sought.

3.        The Trustee objects to the form of proposed order filed with the Baker Fee Application to the extent that it does not explicitly make clear that any fees and/or expenses awarded are classified as Chapter 11 administrative expenses.

4.        The Trustee objects to the following fees sought in the Baker Fee Application and time records attached as Docket Number 177-4:

a.

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 24 | 01/10/2024 | Chapter 11 Case Administration: prepare witness exhibit list for hearing (0.3), attend status conf on case (0.3) (01/10 /2024) | Reese Baker | 0.6 | $525.00 | $315.00 |

The Court's Docket Entry at #34 indicates that the hearing referenced in the above time entry ran for 2 minutes and 58 second, not .3 hours.   The Trustee objects to the extra .2 hours of time billed.

b.

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 40 | 02/08/2024 | Chapter 11 Business Operations: status of collection action by GH Reid (02/08 /2024) | Reese Baker | 0.2 | $525.00 | $105.00 |

The foregoing time entry does not reflect what action was taken by Baker or how it benefitted the estate or its creditors.   The Trustee objects to fees for the foregoing.

c.

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 52 | 03/27/2024 | Chapter 11 Case Administration: issues for state court receivership (03/27/2024) | Reese Baker | 0.3 | $525.00 | $157.50 |

The foregoing time entry does not reflect what action was taken by Baker or how it benefitted the estate or its creditors.   The Trustee objects to fees for the foregoing.

d.

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 53 | 04/01/2024 | Chapter 11 Case Administration: issues on funds due to debtor and bankruptcy filing (04/01/2024) | Reese Baker | 0.2 | $525.00 | $105.00 |

The foregoing time entry does not reflect what action was taken by Baker or how it benefitted the estate or its creditors.   The Trustee objects to fees for the foregoing.

e.

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 58 | 04/09/2024 | **Chapter 11 Operating Report: review of operating reports for Jan and Feb (04/09/2024)** | Reese Baker | 0.5 | $525.00 | $262.50 |

The operating report(s) filed for the referenced time period contain material inaccuracies by Debtor's principal, which should have been caught/corrected by counsel.   The Trustee objects to fees for the foregoing.

f.

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 59 | 04/10/2024 | **Chapter 11 Plan and Disclosure Statement: prepare for confirmation hearing (0.6), communications with attorneys for taxing authorities and Panacea after updated plan filed (0.4), review of new ballots (0.2), update ballot summary with new ballots (0.4), testimony preparation with client (0.4), review and finalize March operating report (0.4), review budget for possible changes (0.3), review of claim of RJMG for amounts due and interest rate issues (0.6), further issues for confirmation due to objection (0.6) (04/10/2024)** | Reese Baker | 3.9 | $525.00 | $2,047.50 |

The operating report(s) filed for the referenced time period contain material inaccuracies by Debtor's principal, which should have been caught/corrected by counsel.   The Trustee objects to fees for the foregoing.

g.

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 62 | 04/12/2024 | **Chapter 11 Fee/Employment Applications: draft app to employ Donovan (0.3), issues on employment (0.2) and contingency fees (0.2) (04/12/2024)** | Reese Baker | 0.7 | $525.00 | $367.50 |
| 63 | 04/16/2024 | **Chapter 11 Case Administration: review of motion for state court (04/16/2024)** | Reese Baker | 0.4 | $525.00 | $210.00 |
| 64 | 04/16/2024 | **Chapter 11 Fee/Employment Applications: review of app to employ Donovan (04/16/2024)** | Reese Baker | 0.3 | $525.00 | $157.50 |
| 68 | 04/22/2024 | **Chapter 11 Fee/Employment Applications: further work on app to employ Michael Donovan as special litigation counsel (04/22/2024)** | Reese Baker | 0.5 | $525.00 | $262.50 |

The pleading referenced in this time entry was never filed in this case and therefore there was no benefit to the estate or its creditors.   Moreover, the motion "review[ed] for state court" was not filed by Baker.   The Trustee objects to fees for the foregoing.

h.

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 70 | 04/29/2024 | **Chapter 11 Case Administration: conf with client on issues involving Majestic, resolutions for G&G for collections by GH Reid, issues for collections involving Majestic claims (1.8), plan issues for deadlines (0.4), communications on issues for sale, Hilco (0.4), judge granted order on sale motion without hearing, review (0.2) (04/29/2024)** | Reese Baker | 2.8 | $525.00 | $1,470.00 |

The Debtor never sought authority to conduct a sale of any kind, accordingly there was no corresponding benefit to the estate or its creditors related to the .6 hours of time related to the "sale" referenced in the above.   The Trustee objects to fees for the foregoing.

i.

| | Date | Item Details | Performed By | Qty. | Rate | Amount |
|---|---|---|---|---|---|---|
| 78 | 05/09/2024 | **Chapter 11 Relief from Stay Proceedings: review of motion to lift stay and dismiss case (0.5), communications to client (0.1) (05/09/2024)** | Reese Baker | 0.6 | $525.00 | $315.00 |
| 79 | 05/10/2024 | **Chapter 11 Case Administration: conf with client on case issues (0.4), prepare witness exhibit list (0.2), conf with client on further issues (0.3), amended exhibit (0.2) (05/10/2024)** | Reese Baker | 1.1 | $525.00 | $577.50 |
| 80 | 05/11/2024 | **Chapter 11 Relief from Stay Proceedings: review of motion to lift stay (0.4), draft response (0.6), communications with client on response (0.3) (05/11/2024)** | Reese Baker | 1.3 | $525.00 | $682.50 |
| 81 | 05/12/2024 | **Chapter 11 Relief from Stay Proceedings: finalize response to motion to lift stay (05/12/2024)** | Reese Baker | 0.3 | $525.00 | $157.50 |
| 82 | 05/13/2024 | **Chapter 11 Case Administration: attend hearing, case converted (05/13/2024)** | Reese Baker | 0.8 | $525.00 | $420.00 |

The services rendered by Baker in connection with the foregoing relate to a defense of actions by the Debtor's principal which were found to be in bad faith by the Court, accordingly there was no corresponding benefit to the estate or its creditors.   The Trustee objects to fees for the foregoing.

Based on the foregoing, the Trustee objects to a total of 8.4 hours of time at $525 an hour for a total of $4,410 and requests that such fees be denied.

Respectfully submitted,

*/s/ Marc Douglas Myers*

_____

Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on September 17, 2024, on all parties receiving notice via the CM-ECF system.

*/s/ Marc Douglas Myers*

_____

Marc Douglas Myers