United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 23-34381** |
| **G.H. REID ENTERPRISES, LLC** | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE JEFFREY P. NORMAN** |

**ORDER GRANTING TRUSTEE'S MOTION TO ASSUME EXECUTORY CONTRACT AND TO ABANDON**

(Docket # 278)

CAME ON for consideration the Trustee's Motion to Assume Executory Contract and to Abandon (the "Motion") and the Court being of the opinion that it should be granted, it is therefore

ORDERED that the Commercial Lease Agreement attached hereto as Exhibit A is hereby ASSUMED by the bankruptcy estate, it is further

ORDERED that subsequent to the foregoing assumption, and with the exception of all cash on hand/deposit in the possession of the Trustee, all assets of this bankruptcy estate, disclosed, undisclosed, known or unknown, are hereby immediately abandoned.  Abandonment is without prejudice of any kind to the asset being abandoned.

SIGNED: _____

Signed: December 06, 2024

_____
Jeffrey P. Norman
United States Bankruptcy Judge

*/s/ Marc Douglas Myers*
_____
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE

Exhibit "A"

## COMMERCIAL LEASE AGREEMENT

1.   Parties.  This agreement is executed between **Anchor Constructors, LLC** ("Anchor"), also hereinafter referred to as the Lessee, and **G. H. Reid Enterprises, LLC** ("GHRE), also hereinafter referred to as the Lessor.

2.   Date: Effective January 1, 2024

3.   Property Address:   The building located at 6300 Dixie Drive, Houston, Harris County, Texas 77087, and specifically described as FAIRLAWN PLACE LTS 1 & 2 BLK 1 and referred to as the Property.

4.   Term.: GHRE hereby grants Anchor the right to have and to hold the Property specified in Section (3), above for an initial term of sixty (60) months, commencing on the Effective Date, as set forth above.  Following the expiration of the initial term, any renewal term must be agreed to in writing by both parties.

5.   Amount of Monthly Rent:

   a. Seven Thousand Five Hundred Dollars ($7,500.00) per month for the initial twenty four (24) months;

   b. Seven Thousand Seven Hundred Twenty Five Dollars ($7,725.00) per month for the following thirty six (36) months

6.    <u>Payment of Rent</u>. Upon execution of this lease and during the renewal term, if any, on the first day of each month thereafter, Anchor shall pay the monthly rent amount to GHRE. If Anchor makes its rental payment after the fifth day of the month then Anchor shall pay an additional fee of $50.00.

7.    <u>Triple Net Lease</u>. Anchor acknowledges and agrees that it is intended that this is a triple net lease that is completely carefree to GHRE, except as expressly set out in this Lease, and Anchor shall pay all charges, expenses, costs, and outlays of every nature and kind relating to the Property, or the use and occupancy thereof by Anchor, except as expressly set out in this Lease, including but not limited to, property taxes, association fees, insurance and utilities (including water, gas, electricity, and phone) applicable to the Property.

8.    <u>Damages and Insurance</u>. Anchor shall not damage or deface the facilities, furnishings, or Property or make unlawful or improper use of the telephones, facsimiles, offices, etc. Anchor will not disturb the quiet enjoyment of any other office or building occupant. **GHRE AND ITS RESPECTIVE DIRECTORS, LICENSORS, OFFICERS, AGENTS, SERVANTS AND EMPLOYEES SHALL NOT, TO THE EXTENT PERMITTED BY LAW, EXCEPT UPON THE AFFIRMATIVE SHOWING OF GHRE'S GROSS NEGLIGENCE OR WILLFUL MISCONDUCT, BE LIABLE FOR, AND ANCHOR WAIVES ANY AND ALL RIGHT OF RECOVERY AGAINST SUCH ENTITIES AND INDIVIDUALS, ANY DAMAGE OR CLAIM WITH RESPECT TO ANY INJURY TO PERSON OR DAMAGE TO, OR LOSS OR DESTRUCTION OF ANY PROPERTY OF ANCHOR, ITS EMPLOYEES,**

AUTHORIZED PERSONS AND INVITEES DUE TO ANY ACT, OMISSION OR OCCURRENCE IN OR ABOUT THE BUILDING OR PROPERTY. WITHOUT LIMITATION OF ANY OTHER PROVISION HEREOF, ANCHOR AGREES TO INDEMNIFY, DEFEND, PROTECT AND SAVE GHRE AND ITS RESPECTIVE DIRECTORS, LICENSORS, OFFICERS, AGENTS, SERVANTS AND EMPLOYEES HARMLESS FROM AND AGAINST ALL LIABILITY TO THIRD PARTIES ARISING OUT OF ANCHOR'S USE AND OCCUPANCY OF THE OFFICE, BUILDING, OR PROPERTY OR ACTIONS OR OMISSIONS OF ANCHOR AND ITS AGENTS, EMPLOYEES, CONTRACTORS, AND INVITEES. Anchor further agrees that all personal property of Anchor, its agents, employees, contractors, and invitees, within or about the office, building, or property shall be at the sole risk of Anchor. Anchor acknowledges that it is Anchor's responsibility to maintain insurance to cover the risks set forth in this paragraph.

GHRE and Anchor each hereby waive any and all rights of recovery against the other, or against the officers, employees, agents or representatives of the other, for loss of or damage to its property or the property of others under its control, to the extent such loss or damage is covered by any insurance policy.

9.      Anchor shall tender to GHRE the sum of Seven Thousand Five Hundred Dollars ($7,500) upon execution of this lease. Such payment shall be applied as the first month's rent of the lease term. GHRE waives any requirement for a security deposit under this lease.

10.   The parties hereto each acknowledge and agree that any prior lease entered into by both parties is null and void, unenforceable, and of no effect whatsoever and the parties hereby fully relinquish and waive any all of their rights, interests, and/or claims under the prior lease or related thereto.

**Signatures:**

**Lessee:**                                              **Lessor:**

*Anchor Constructors, LLC*                    *G. H. Reid Enterprises, LLC*

ALBERT ORTIZ                                        ALBERT ORTIZ

01-11-24                                                  01-31-24
*Date*                                                      *Date*