**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 4:23-BK-34381 |
| | § | |
| G.H. REID ENTERPRISES, LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 11/07/2023. The case was converted to one under Chapter 7 on 05/13/2024. The undersigned trustee was appointed on 05/13/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $174,421.85

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $69,734.01 |
   | Bank service fees | $0.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $104,687.84 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/27/2024 and the deadline for filing government claims was 05/05/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,804.47.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,804.47, for a total compensation of $8,804.47[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $415.54, for total expenses of $415.54.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/12/2025                                    By:  /s/ Eva Engelhart
                                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1          Exhibit A

| | |
|---|---|
| Case No.: | 23-34381-H5-7 |
| Case Name: | G.H. REID ENTERPRISES, LLC |
| For the Period Ending: | 6/12/2025 |

| | |
|---|---|
| Trustee Name: | Eva Engelhart |
| Date Filed (f) or Converted (c): | 05/13/2024 (c) |
| §341(a) Meeting Date: | 06/13/2024 |
| Claims Bar Date: | 08/27/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Cadence Bank Checking account 2 0 9 2 | $100.00 | $100.00 | | $4,681.85 | FA |
| 2 | Accounts receivable Over 90 days old | $162,000.00 | $162,000.00 | | $0.00 | FA |
| Asset Notes: | part of the Gentry litigation | | | | | |
| 3 | Office building / 6300 Dixie Dr  Houston TX 77087 | $975,000.00 | $463,000.00 | OA | $0.00 | FA |
| Asset Notes: | abandoned per Court Order #323, 12/6/24 | | | | | |
| 4 | Claims against RJMG Fund, LLC for breach of contract, failure to provide payoff, overcharging of fees and other claims | Unknown | $25,000.00 | | $0.00 | FA |
| Asset Notes: | will not yield a recovery | | | | | |
| 5 | Claims against RJMG Fund, LLC for breach of contract, failure to provide payoff, overcharging of fees and other claims | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | same as asset number 4 | | | | | |
| 6 | rent                                    (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | rent payment bounced | | | | | |
| 7 | claims against Larry the Lender         (u) | $0.00 | $10,500.00 | | $10,500.00 | FA |
| 8 | Claims against Texan Pumpers            (u) | $0.00 | $17,000.00 | | $10,000.00 | FA |
| 9 | claims against Gentries and their entities (u) | $0.00 | $0.00 | | $140,000.00 | FA |
| 10 | debtor attorney funds on hand at time of case conversion                             (u) | $0.00 | $9,000.00 | | $9,240.00 | FA |

**TOTALS (Excluding unknown value)**                                                                        **Gross Value of Remaining Assets**

| $1,137,100.00 | $686,600.00 | | $174,421.85 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

12/26/2024     Assets sold and fully administered; working on claim objections

09/01/2024     working to sell real property, judgment, and other litigation claims

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2          Exhibit A

| Case No.: | 23-34381-H5-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | G.H. REID ENTERPRISES, LLC | Date Filed (f) or Converted (c): | 05/13/2024 (c) |
| For the Period Ending: | 6/12/2025 | §341(a) Meeting Date: | 06/13/2024 |
| | | Claims Bar Date: | 08/27/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   12/31/2025          **Current Projected Date Of Final Report (TFR):**

/s/ EVA ENGELHART

EVA ENGELHART

Page No: 1          Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-34381-H5-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | G.H. REID ENTERPRISES, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6989 | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/7/2023 | | Blanket bond (per case limit): | $197,925,000.00 |
| For Period Ending: | 6/12/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 05/28/2024 | (1) | G.H. Reid Enterprises LLC | Cadence Bank Checking account 2 0 9 2 | 1129-000 | $4,681.85 | | $4,681.85 |
| 07/17/2024 | (6) | G.H. Reid Enterprises | Bank returned due to NSF; rent payments for building | 1222-000 | $7,500.00 | | $12,181.85 |
| 07/22/2024 | (6) | G.H. Reid Enterprises | Bank returned due to NSF; rent payments for building | 1222-000 | ($7,500.00) | | $4,681.85 |
| 10/01/2024 | 3001 | International Sureties, Ltd. | Bond Premium: 10/01/24-10/01/25 Bond # 612419135 | 2300-000 | | $8.02 | $4,673.83 |
| 10/02/2024 | (7) | Larry the Lender LLC | claims against Larry the Lender | 1249-000 | $5,000.00 | | $9,673.83 |
| 10/03/2024 | (8) | Texas Access to Justice Foundation | Claims against Texan Pumpers | 1249-000 | $1,000.00 | | $10,673.83 |
| 10/04/2024 | (9) | Cooper and Scully PC | claims against Gentries and their entities; losing auction bidder and funds had to be refunded | 1249-002 | $65,000.00 | | $75,673.83 |
| 10/07/2024 | (7) | Albert Ortiz | claims against Larry the Lender; losing bidder at auction and funds had to be returned | 1249-002 | $5,000.00 | | $80,673.83 |
| 10/07/2024 | (8) | Albert Ortiz | Claims against Texan Pumpers; losing bidder at auction and funds had to be returned | 1249-002 | $1,000.00 | | $81,673.83 |
| 10/07/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $65,000.00 | | $146,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $5,000.00 | | $151,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $5,000.00 | | $156,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $5,000.00 | | $161,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $5,000.00 | | $166,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $5,000.00 | | $171,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $5,000.00 | | $176,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $177,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $178,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $179,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $180,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $181,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $182,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $183,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $184,673.83 |

| | | | | **SUBTOTALS** | $184,681.85 | $8.02 | |

Page No: 2          Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 23-34381-H5-7 | |
| **Case Name:** | G.H. REID ENTERPRISES, LLC | |
| **Primary Taxpayer ID #:** | **-***6989 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/7/2023 | |
| **For Period Ending:** | 6/12/2025 | |

| | |
|---|---|
| **Trustee Name:** | Eva Engelhart |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******8101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $197,925,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $185,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $186,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $187,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $188,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $189,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $190,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $191,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $192,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $193,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $194,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $195,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $196,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $197,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $198,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $199,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $200,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $201,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $202,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $203,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $204,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $205,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $206,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $207,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $208,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $209,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $210,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $211,673.83 |

| | | |
|---|---|---|
| **SUBTOTALS** | $27,000.00 | $0.00 |

Page No: 3

Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 23-34381-H5-7 |
| **Case Name:** | G.H. REID ENTERPRISES, LLC |
| **Primary Taxpayer ID #:** | **-***6989 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 11/7/2023 |
| **For Period Ending:** | 6/12/2025 |

| | |
|---|---|
| **Trustee Name:** | Eva Engelhart |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******8101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $197,925,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $212,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $1,000.00 | | $213,673.83 |
| 10/09/2024 | (9) | Albert Ortiz | claims against Gentries and their entities | 1249-000 | $8,000.00 | | $221,673.83 |
| 10/09/2024 | (7) | Larry the Lender LLC | claims against Larry the Lender | 1249-000 | $500.00 | | $222,173.83 |
| 10/09/2024 | (8) | Texan Pumpers Company LLC | Claims against Texan Pumpers | 1249-000 | $15,000.00 | | $237,173.83 |
| 10/09/2024 | 3002 | Cooper and Scully PC | Refund of auction bid. | 1249-002 | ($65,000.00) | | $172,173.83 |
| 10/10/2024 | 3003 | Albert Ortiz | Order Entered 9/23/24, Doc # 209 | 1249-002 | ($6,000.00) | | $166,173.83 |
| 11/05/2024 | (10) | Baker & Associates, Iolta | estate funds turned over to Trustee | 1290-000 | $9,240.00 | | $175,413.83 |
| 11/07/2024 | 3004 | Texan Pumpers Company LLC | Deposit Refund | 1249-002 | ($1,000.00) | | $174,413.83 |
| 12/17/2024 | 3005 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 12/17/24, Doc # 332 Interim Attorney Fees | 3110-000 | | $46,431.00 | $127,982.83 |
| 12/17/2024 | 3006 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 12/17/24, Doc # 332 Interim Attorney Expenses | 3120-000 | | $1,314.97 | $126,667.86 |
| 02/24/2025 | 3007 | Baker & Associates | Order Entered 9/25/24, Doc # 218 | 6990-000 | | $12,998.75 | $113,669.11 |
| 02/24/2025 | 3008 | Baker & Associates | Order Entered 9/25/24, Doc # 218 | 6990-000 | | $348.61 | $113,320.50 |
| 04/10/2025 | 3009 | TPS-West, LLC | Order Entered 1/31/25, Doc # 351 Accountant Fees | 3410-000 | | $425.00 | $112,895.50 |
| 05/30/2025 | 3010 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 5/30/25, Doc # 361 Attorney Fees | 3110-000 | | $7,892.50 | $105,003.00 |
| 05/30/2025 | 3011 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 5/30/25, Doc # 361 Attorney Expenses | 3120-000 | | $315.16 | $104,687.84 |

| | | |
|---|---|---|
| **SUBTOTALS** | ($37,260.00) | $69,725.99 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 23-34381-H5-7 | |
| **Case Name:** | G.H. REID ENTERPRISES, LLC | |
| **Primary Taxpayer ID #:** | **-***6989 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/7/2023 | |
| **For Period Ending:** | 6/12/2025 | |

| | |
|---|---|
| **Trustee Name:** | Eva Engelhart |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******8101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $197,925,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $174,421.85 | $69,734.01 | $104,687.84 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $174,421.85 | $69,734.01 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $174,421.85 | $69,734.01 | |

**For the period of  11/7/2023 to 6/12/2025**

| | |
|---|---|
| Total Compensable Receipts: | $175,421.85 |
| Total Non-Compensable Receipts: | ($1,000.00) |
| Total Comp/Non Comp Receipts: | $174,421.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $69,734.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $69,734.01 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 05/28/2024 to 6/12/2025**

| | |
|---|---|
| Total Compensable Receipts: | $175,421.85 |
| Total Non-Compensable Receipts: | ($1,000.00) |
| Total Comp/Non Comp Receipts: | $174,421.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $69,734.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $69,734.01 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 23-34381-H5-7 | |
| **Case Name:** | G.H. REID ENTERPRISES, LLC | |
| **Primary Taxpayer ID #:** | **-***6989 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/7/2023 | |
| **For Period Ending:** | 6/12/2025 | |

| | | |
|---|---|---|
| **Trustee Name:** | Eva Engelhart |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******8101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $197,925,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $174,421.85 | $69,734.01 | $104,687.84 |

**For the period of 11/7/2023 to 6/12/2025**

| | |
|---|---|
| Total Compensable Receipts: | $175,421.85 |
| Total Non-Compensable Receipts: | ($1,000.00) |
| Total Comp/Non Comp Receipts: | $174,421.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $69,734.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $69,734.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/13/2024 to 6/12/2025**

| | |
|---|---|
| Total Compensable Receipts: | $175,421.85 |
| Total Non-Compensable Receipts: | ($1,000.00) |
| Total Comp/Non Comp Receipts: | $174,421.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $69,734.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $69,734.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ EVA ENGELHART

EVA ENGELHART

**CLAIM ANALYSIS REPORT**

Page No: 1                    Exhibit C

| | |
|---|---|
| **Case No.** | 23-34381-H5-7 |
| **Case Name:** | G.H. REID ENTERPRISES, LLC |
| **Claims Bar Date:** | 08/27/2024 |

| | |
|---|---|
| **Trustee Name:** | Eva Engelhart |
| **Date:** | 6/12/2025 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EVA ENGELHART<br><br>7700 San Felipe<br>Suite 550<br>Houston TX 77063 | 05/28/2024 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $415.54 | $415.54 | $0.00 | $0.00 | $0.00 | $415.54 |
| | MARC DOUGLAS MYERS<br><br>3120 SOUTHWEST FWY STE 320<br>HOUSTON TX 77098 | 09/07/2024 | 507(A) 1 - Attorney for Trustee ( Other Firm) | Allowed | 3210-000 | $0.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| | EVA ENGELHART<br><br>7700 San Felipe<br>Suite 550<br>Houston TX 77063 | 09/07/2024 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $8,804.47 | $8,804.47 | $0.00 | $0.00 | $0.00 | $8,804.47 |
| | G.H. REID ENTERPRISES, LLC<br>6300 DIXIE DR<br>HOUSTON TX 77087-5006 | 11/27/2024 | Excess Funds | Allowed | 8200-002 | $0.00 | $63,332.50 | $63,332.50 | $0.00 | $0.00 | $0.00 | $63,332.50 |

**Claim Notes:**    Debtor Surplus

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CITY OF HOUSTON<br><br>c/o Jeannie Lee Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston  77253-3064 | 12/06/2023 | SECURED REAL PROPERTY | Withdrawn | 4110-000 | $0.00 | $3,886.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    (1-1) Ad Valorem Taxes; withdrawn 9/24;

**CLAIM ANALYSIS REPORT**

Page No: 2                    Exhibit C

| | | |
|---|---|---|
| **Case No.** | 23-34381-H5-7 | |
| **Case Name:** | G.H. REID ENTERPRISES, LLC | |
| **Claims Bar Date:** | 08/27/2024 | |

**Trustee Name:** Eva Engelhart
**Date:** 6/12/2025

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | HOUSTON COMMUNITY COLLEGE SYSTEM c/o Jeannie Lee Andresen Linebarger Goggan Blair & Sampson LLP P.O. Box 3064 Houston 77253-3064 | 12/06/2023 | SECURED REAL PROPERTY | Withdrawn | 4110-000 | $0.00 | $690.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Notes:** (2-1) Ad Valorem Taxes; withdrawn 9/24 | | | | | | | | | | | |
| 3 | HOUSTON ISD c/o Jeannie Lee Andresen Linebarger Goggan Blair & Sampson LLP P.O. Box 3064 Houston 77253-3064 | 12/06/2023 | SECURED REAL PROPERTY | Withdrawn | 4110-000 | $0.00 | $6,500.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Notes:** (3-1) Ad Valorem Taxes; withdrawn 9/24 | | | | | | | | | | | |
| 4 | HOBBY AREA DISTRICT P.O.Box 73109 Houston TX 77273 | 01/09/2024 | SECURED REAL PROPERTY | Withdrawn | 4110-000 | $0.00 | $2,735.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Notes:** (4-1) Ad Valorem Property Taxes; did not administer per order of abandonment December 6, 2024 #323; withdrawn 10/25/24 | | | | | | | | | | | |
| 5 | CONSTELLATION NEWENERGY, INC. 1310 Point Street Baltimore MD 21231 | 01/17/2024 | UNSECURED | Allowed | 7100-000 | $0.00 | $1,638.41 | $1,638.41 | $0.00 | $158.39 | $0.00 | $1,638.41 |
| 6 | RJMG FUND, LLC Po Box 75127 Tampa FL 33675-0127 | 02/07/2024 | SECURED REAL PROPERTY | Withdrawn | 4110-000 | $0.00 | $563,317.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Notes:** did not administer; abandoned per order of abandonment 12/6/24 Order #323; claim withdrawn 1/22/25 | | | | | | | | | | | |
| 7 | RELATIVE LENDING, LLC 5000 Locust Street Bellaire TX 77401-3313 | 02/14/2024 | UNSECURED | Allowed | 7100-000 | $0.00 | $23,423.45 | $23,423.45 | $0.00 | $2,264.35 | $0.00 | $23,423.45 |
| | **Claim Notes:** (7-1) Cause No. 2022-03441; Relative Lending LLC v. Albert Ortiz et al.(7-2) Attorney Fees | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

Page No: 3                Exhibit C

| | |
|---|---|
| Case No.: | 23-34381-H5-7 |
| Case Name: | G.H. REID ENTERPRISES, LLC |
| Claims Bar Date: | 08/27/2024 |

| | |
|---|---|
| Trustee Name: | Eva Engelhart |
| Date: | 6/12/2025 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | PANACEA FUND I, LLC<br><br>c/o Quality Loan Services<br>925 S. Capital of TX Hwy<br>Suite B220<br>Austin TX 78746 | 02/16/2024 | SECURED REAL PROPERTY | Allowed | 4110-000 | $0.00 | $26,477.69 | $32,600.00 | $0.00 | $0.00 | $0.00 | $32,600.00 |

**Claim Notes:** did not administer; property abandoned per Order #323 12/6/24

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CITY OF HOUSTON PUBLIC WORKS<br>Attn: Effie Green<br>4200 Leland<br>Houston TX 77023 | 02/28/2024 | UNSECURED | Allowed | 7100-000 | $0.00 | $3,100.96 | $3,100.96 | $0.00 | $299.77 | $0.00 | $3,100.96 |

**Claim Notes:** (9-1) water

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | U.S. TRUSTEE'S OFFICE<br><br>3516 Rusk Avenue, Suite 3516<br>Houston TX 77002 | 03/13/2024 | 507(A) 1 -- US TRUSTEE QUARTERLY FEES | Allowed | 2950-000 | $0.00 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |

**Claim Notes:** (10-1) Quarterly Fees

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | U.S. TRUSTEE'S OFFICE<br><br>515 Rusk Avenue, Suite 3516<br>Houston TX 77002 | 05/31/2024 | 507(A) 1 -- US TRUSTEE QUARTERLY FEES | Allowed | 2950-000 | $0.00 | $750.00 | $750.00 | $0.00 | $0.00 | $0.00 | $750.00 |

**Claim Notes:** (11-1) Quarterly Fees

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $705,573.44 | $144,565.33 | $0.00 | | $2,722.51 | $0.00 | $144,565.33 |

**CLAIM ANALYSIS REPORT**                                                                 Page No: 4                    Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 23-34381-H5-7 | | **Trustee Name:** | Eva Engelhart |
| **Case Name:** | G.H. REID ENTERPRISES, LLC | | **Date:** | 6/12/2025 |
| **Claims Bar Date:** | 08/27/2024 | | | |

### CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $8,804.47 | $8,804.47 | $0.00 | $0.00 | $0.00 | $8,804.47 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | $415.54 | $415.54 | $0.00 | $0.00 | $0.00 | $415.54 |
| 507(A) 1 - Attorney for Trustee ( Other Firm) | $0.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 507(A) 1 -- US TRUSTEE QUARTERLY FEES | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $0.00 | $1,250.00 |
| Excess Funds | $63,332.50 | $63,332.50 | $0.00 | $0.00 | $0.00 | $63,332.50 |
| SECURED REAL PROPERTY | $603,608.11 | $32,600.00 | $0.00 | $0.00 | $0.00 | $32,600.00 |
| UNSECURED | $28,162.82 | $28,162.82 | $0.00 | $2,722.51 | $0.00 | $28,162.82 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:        4:23-BK-34381
Case Name:    G.H. REID ENTERPRISES, LLC
Trustee Name:  Eva Engelhart

Balance on hand: _____ $104,687.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 8 | Panacea Fund I, LLC | $26,477.69 | $32,600.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: _____ $0.00
Remaining balance: _____ $104,687.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Eva Engelhart, Trustee Fees | $8,804.47 | $0.00 | $8,804.47 |
| Eva Engelhart, Trustee Expenses | $415.54 | $0.00 | $415.54 |
| Ross, Banks, May, Cron & Cavin, PC, Attorney for Trustee Fees | $54,323.50 | $54,323.50 | $0.00 |
| Ross, Banks, May, Cron & Cavin, PC, Attorney for Trustee Expenses | $1,630.13 | $1,630.13 | $0.00 |
| TPS-West, LLC, Accountant for Trustee Fees | $425.00 | $425.00 | $0.00 |
| U.S. Trustee's Office, U.S. Trustee Quarterly Fees | $500.00 | $0.00 | $500.00 |
| Other: U.S. Trustee's Office, U.S. Trustee Quarterly Fees | $750.00 | $0.00 | $750.00 |

Total to be paid for chapter 7 administrative expenses: _____ $10,470.01
Remaining balance: _____ $94,217.83

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: _____ $0.00

UST Form 101-7-TFR (5/1/2011)

Remaining balance: $94,217.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $94,217.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,162.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 5 | Constellation NewEnergy, Inc. | $1,638.41 | $0.00 | $1,638.41 |
| 7 | Relative Lending, LLC | $23,423.45 | $0.00 | $23,423.45 |
| 9 | City of Houston Public Works | $3,100.96 | $0.00 | $3,100.96 |

Total to be paid to timely general unsecured claims: $28,162.82
Remaining balance: $66,055.01

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $66,055.01

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-TFR (5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $66,055.01 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 5.33 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2,722.51. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $63,332.50.

**UST Form 101-7-TFR (5/1/2011)**