IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

IN RE:                              §     CASE NO. 23-34381-7
                                    §     HOUSTON, TEXAS
G.H. REID ENTERPRISES, LLC,         §     FRIDAY,
                                    §     DECEMBER 6, 2024
      DEBTOR.                       §     11:00 A.M. TO 12:28 P.M.

**MOTION TO ASSUME LEASE OR**
**EXECUTORY CONTRACT / MOTION TO ABANDON**
**(PARTIAL TRANSCRIPT - COURT'S RULING ONLY)**

BEFORE THE HONORABLE JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE

      APPEARANCES:                        SEE NEXT PAGE

TRANSCRIPTION SERVICE BY:

JUDICIAL TRANSCRIBERS OF TEXAS, LLC
935 Eldridge Road, #144
Sugar Land, TX 77478
281-277-5325
www.judicialtranscribers.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

JUDICIAL TRANSCRIBERS OF TEXAS, LLC

**<u>APPEARANCES</u>:**


FOR RJMG FUND, LLC:                ATTORNEY AT LAW
                                   Edgar Goldberg, Esq.
                                   6525 Washington Avenue
                                   Houston, TX  77007
                                   713-629-5889


FOR ALBERT ORTIZ:                  PARKINS & RUBIO, LLP
                                   Asiya Khan, Esq.
                                   Charles Rubio, Esq.
                                   100 Park Avenue, Ste. 1600
                                   New York, NY  10017
                                   646-419-0181

FOR EVA ENGELHART:                 ROSS BANKS MAY CRON &
                                   CAVIN, PC
                                   Marc D. Myers, Esq.
                                   7700 San Felipe, Ste. 550
                                   Houston, TX  77063
                                   713-626-1200

**HOUSTON, TEXAS; FRIDAY, DECEMBER 6, 2024; 11:00 A.M.**

(Requested excerpt of Court's Ruling starting at 12:26 p.m.)

THE COURT:  All right.  I don't feel the need for argument at this point in time.  So let me go ahead and make my ruling on the Record.  I'll make the following Findings of Fact and Conclusions of Law:

I'm going to grant the Trustee's relief.  I'm going to assume the lease.  There's a lack of objection to it by any party.  I don't think I need to make any Findings of Fact or Conclusions of Law on an issue that basically appears to be uncontested.  So at least at this point in time it's assumed.

I'm going to find that the Estate is solvent, if there are sufficient sums held by the Chapter 7 Trustee to pay all unsecured claims.

I'm also going to make the Finding that the real property, the subject of the Trustee's Motion to Abandon, is burdensome to the Estate.  The Court finds no need at this point in time, based on the testimony, to re-judge or question the business judgment of the Trustee.

I'm going to find that the value of the subject property, which is really the subject of the abandonment, is not less than $802,000, which is the value placed on the property in RJMG's Proof of Claim.  It's probably worth more

than that.  I think that the secured claims -- the secured claims are less than the market value of the property and that that value is sufficient to pay all secured claims that are filed in this case against it.

I'm going to find that the Trustee is a fiduciary of the Unsecured Creditors, that she appears to be working in the Unsecured Creditors' best interest to make sure that they're fully paid and not administer further assets to their detriment.

I'm also going to find that Secured Creditors are required to protect their interests and to the extent that they have failed to do so in this case, they've done so to their prejudice.

And I'm going to grant the Motion to Abandon.

I'll sign an Order as soon as I step down from the Bench.

We're adjourned.  Thank you.

MR. RUBIO:  Thank you, Your Honor.

(Excerpt and hearing concluded at 12:28 p.m.)

*  *  *  *  *

JUDICIAL TRANSCRIBERS OF TEXAS, LLC

*I certify that the foregoing is a correct transcript to the best of my ability from the electronic sound recording of the proceedings in the above-entitled matter.*

*/S/ MARY D. HENRY*

*CERTIFIED BY THE AMERICAN ASSOCIATION OF*

*ELECTRONIC REPORTERS AND TRANSCRIBERS, CET\*\*337*

*JUDICIAL TRANSCRIBERS OF TEXAS, LLC*

*JTT TRANSCRIPT #69943*

*DATE FILED:  AUGUST 1, 2025*