**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-34381** |
| **G.H. REID ENTERPRISES, LLC** | § | **CHAPTER 7** |
| | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **JUDGE JEFFREY P. NORMAN** |

**NOTICE OF WITHDRAWAL OF (a) CHAPTER 7 TRUSTEE'S FINAL REPORT BEFORE DISTRIBUTION FILED AT DKT # 364 and (b) MOTION FOR ENTRY OF ORDER APPROVING CHAPTER 7 TRUSTEE'S FINAL REPORT BEFORE DISTRIBUTION FILED AT DKT # 370**

1.      On July 31, 2025, the Trustee filed her Final Report Before Distribution at Dkt # 364 (the "Final Report").

2.      On August 4, 2025, the Trustee filed her Motion for Entry of Order Approving Chapter 7 Trustee's Final Report Before Distribution at Dkt # 370 (the "Motion for Order Approval Final Report"). That motion was self-calendared for hearing on September 16, 2025.

3.      On August 21, 2025, a creditor, RJMG Fund, LLC, filed unsecured claims at proof of claim numbers 12, 13 and 14.   These claims, if allowed, would alter the distribution proposed by the Trustee in Dkt # 364.   Moreover, if an objection to one or more of these claims is filed (even if filed immediately), there is insufficient time before the hearing on the Motion for Order Approval Final Report for such objection(s) to be resolved.   Accordingly, the Trustee withdraws the Final Report and the Motion for Order Approval Final Report.

Respectfully submitted,

*/s/ Marc Douglas Myers*

_____
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax

mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE